# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED

NOV 27 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY C. ESTEVES
DEPUTY CLERK

)
United States of America )
vs. ) Case No. 07-CR-0274 LJO
Daniel Adrian Velarde-Munoz )
)

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Daniel Adrian Velarde-Munoz__, have discussed with __Lydia J. Serrano__, Pretrial Services Officer, modifications of my release conditions as follows:

Add the following condition: You shall not possess a firearm, destructive device, or other dangerous weapon.

All other previously ordered conditions not in conflict to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  11-5-07        _____  11-5-07
Signature of Defendant   Date            Pretrial Services Officer  Date
Daniel Adrian Velarde-Munoz              Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                  11-13-07
Signature of Assistant United States Attorney   Date
Mark McKeon

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                  11-5-07
X Signature of Defense Counsel           Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on __11/27/07__
[ ] The above modification of conditions of release is *not* ordered.

_____                  11/27/07
Signature of Judicial Officer            Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services