McGREGOR W. SCOTT
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:07-cr-00274-LJO |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE MOTIONS |
| ) | HEARING; AND ORDER THEREON |
| v. ) | |
| ) | Date:  May 30, 2008 |
| DANIEL ADRIAN VELARDE, ) | Time:  9:00 a.m. |
| ) | Ctrm:  Hon. Lawrence J. O'Neill |
| Defendant. ) | |
| ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED,** by and between the parties hereto, and through their respective attorneys of record herein, that the motions hearing in the above-captioned matter now scheduled for April 18, 2008, **may be continued to May 30, 2008, at 9:00 a.m.**

The grounds for the continuance are further defense investigation and preparation, and to allow the parties additional time for plea negotiations.

The parties also agree that the government's response to the defendant's pending discovery motion shall be due on or before May 16, 2008, and that any reply brief shall be due on or before May 23, 2008.

//

//

//

//

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A).

```
                                        MCGREGOR W. SCOTT
                                        United States Attorney


DATED: April 16, 2008         By        /s/ Mark J. McKeon
                                        MARK J. McKEON
                                        Assistant U.S. Attorney



DATED: April 16, 2008                   /s/ Mario DiSalvo
                                        MARIO DiSALVO
                                        Attorney for Defendant,
                                        DANIEL ADRIAN VELARDE
```

**ORDER**

**Good cause exists to continue the hearing.**  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A).

IT IS SO ORDERED.

**Dated:   April 16, 2008**                    /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE