**MARIO DISALVO, ESQ.**
California State Bar No. 199113
DiSALVO LAW OFFICE
1060 Fulton Mall, Ste. 411
Fresno, California  93721
Telephone:  (559) 442-1552
Facsimile     (559) 442-1567
Mario@disalvolaw.com

Attorney for Daniel Adrian Velarde

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(**HONORABLE LAWRENC J. O'NEILL**)

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | Case No. 1:07-cr-00274-LJO |
|                                ) | |
|       Plaintiff,               ) | Date: April 18, 2008 |
|                                ) | Time:        9:00 AM |
| v.                             ) | |
|                                ) | REQUEST AND STIPULATION FOR |
| **DANIEL ADRIAN VELARDE,**      ) | PERMISSION TO TRAVEL TO LAREDO, |
|                                ) | TEXAS FROM MAY 16 TO MAY 19, 2008 TO |
|       Defendant.               ) | ATTEND FAMILY FUNCTION; |
| _____) | AND ORDER |

TO:        HONORABLE MAGISTRATE SANDRA SNYDER

COMES NOW, Daniel Adrian Velarde, by and through his attorney of record, Mario DiSalvo, and hereby requests permission from this Honorable Court to travel from the Eastern District of California to Laredo, Texas between the dates of May 16 through May 19, 2008.

The purpose of this trip is in order to attend a previously planned family gathering in that city scheduled for May 17, 2008.

Mr. Velarde along with his spouse and her parents and family will be traveling via air on May 16, 2008 from Long Beach, California to the city of Austin, Texas, where via ground transportation; they will arrive at their final destination in the City of Laredo, Texas.

PDF created with pdfFactory trial version www.pdffactory.com

On May 19, 2008, Mr. Velarde and family will return from Laredo to Austin, Texas via ground transportation and fly back to Long Beach, Ca., and upon arrival shall return immediately to Fresno.

Mr. Velarde has forwarded to Pre Trial Service a copy of the flight itinerary for this trip.

Assistant United States Attorney, Mark McKeon and Pre Trial Service Officer Jacob Scott have agreed to allow Mr. Velarde on this trip pending final approval from the Court.

Mr. Velarde will provide verification of this trip upon return and shall comply with any and all special conditions that Pre Trial Service or this Honorable Court shall impose.


Respectfully submitted,


Dated:  May 8, 2008                    **/S/ Mario DiSalvo**
                                       MARIO DISALVO, Esq.
                                       Attorney for DANIEL ADRIAN VELARDE



                                       I AGREE WITH THE STIPULATION,


Dated:  May 9, 2008                    **/S/ Mark McKeon**
                                       MARK MCKEON, Esq.
                                       Assistant United States Attorney, Eastern District

PDF created with pdfFactory trial version www.pdffactory.com

07-cr-00274-JLO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(**HONORABLE LAWRENC J. O'NEILL**)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:07-cr-00274-LJO |
| Plaintiff, | ) | |
| | ) | O R D E R |
| v. | ) | |
| | ) | AUTHORIZING DANIEL A. VELARDE TO |
| **DANIEL ADRIAN VELARDE,** | ) | TRAVEL TO LAREDO, TEXAS FROM MAY 16 |
| Defendant. | ) | TO MAY 19, 2008 |
| _____ | ) | |

        IT IS HERREBY ORDERED: That Defendant, Daniel A. Velarde, may be allowed to travel outside the Eastern District of California to Laredo, Texas between the dates of May 16 to May 19, 2008 in order to attend a family gathering.

Date:  5/12/2008                            UNITED STATES DISTRICT COURT
                                            EASTERN DISTRICT OF CALIFORNIA


                                             /s/ Sandra M. Snyder
                                            Honorable Sandra Snyder

3