**MARIO DISALVO, ESQ.**
California State Bar No. 199113
DiSALVO LAW OFFICE
1060 Fulton Mall, Ste. 411
Fresno, California  93721
Telephone:  (559) 442-1552
Facsimile     (559) 442-1567
Mario@disalvolaw.com

Attorney for Daniel Adrian Velarde

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(**HONORABLE LAWRENC J. O'NEILL**)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07-cr-00274-LJO |
| ) Plaintiff, ) | Date: July 11, 2008 |
| ) v. ) | Time:     9:00 AM |
| ) DANIEL ADRIAN VELARDE, ) | STIPULATION TO CONTINUE MOTIONS HEARING;  AND ORDER THEREON |
| ) Defendant. ) | |

**IT IS HEREBY STIPULATED,** by and between the parties hereto, and through their respective attorneys of record herein, that the motions hearing in the above-captioned matter now scheduled for May 30, 2008, **may be continued to July 11, 2008, at 9:00 AM.**

The grounds for the continuance are further defense investigation and preparation, and to allow the parties additional time for plea negotiations.

The parties also agree that the government's response to the defendant's pending discovery motion shall be due on or before June 27, 2008, and that any reply brief shall be due on or before July 4, 2008.

/ / /

/ / /

/ / /

/ / /

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A).

Respectfully submitted,

Dated:  May 28, 2008  **/S/ Mario DiSalvo**
MARIO DISALVO, Esq.
Attorney for DANIEL ADRIAN VELARDE

MCGREGOR W. SCOTT
United States Attorney

Dated: May 28, 2008     by     **/S/ Mark J. McKeon**
Mark J. McKeon, Esq.
Assistant US Attorney

## ORDER

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A). **No further continuances.**

DATED: May 29, 2008     _/s/ Lawrence J. O'Neill_____
Hon. Lawrence J. O'Neill
District Court Judge