**MARIO DiSALVO, ESQ.**
California State Bar No. 199113
DiSALVO LAW OFFICE
1060 Fulton Mall, Ste. 411
Fresno, California  93721
Telephone:  (559) 442-1552
Facsimile     (559) 442-1567
Mario@disalvolaw.com

Attorney for Daniel Adrian Velarde

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(**HONORABLE LAWRENC J. O'NEILL**)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07-cr-00274-LJO |
| ) Plaintiff, ) | Date: September 5, 2008 |
| ) v. ) | Time:     9:00 AM |
| ) **DANIEL ADRIAN VELARDE,** ) | STIPULATION TO CONTINUE MOTIONS HEARING;  AND ORDER THEREON |
| ) Defendant. ) | |

**IT IS HEREBY STIPULATED,** by and between the parties hereto, and through their respective attorneys of record herein, that the motions hearing in the above-captioned matter now scheduled for July 11, 2008, **may be continued to September 5, 2008, at 9:00 AM.**

The grounds for the continuance are that both counsels have pre-planned vacations/leave during the months of July and August and are otherwise unavailable.  Then upon their return the parties will require additional time for plea negotiations to resume.

The parties also agree that the government's response to the defendant's pending discovery motion shall be due on or before August 22, 2008, and that any reply brief shall be due on or before August 29, 2008.

/ / /

/ / /

/ / /

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A).

Respectfully submitted,

Dated:  July 3, 2008                **/S/ Mario DiSalvo**
MARIO DISALVO, Esq.
Attorney for DANIEL ADRIAN VELARDE

MCGREGOR W. SCOTT
United States Attorney

Dated: July 3, 2008            by    **/S/ Mark J. McKeon**
Mark J. McKeon, Esq.
Assistant US Attorney

## ORDER

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A). Good cause exists for the continuance.

DATED: July 3, 2008                    /s/ Lawrence J. O'Neill_____
Hon. Lawrence J. O'Neill
District Court Judge