**MARIO DISALVO, ESQ.**
California State Bar No. 199113
DiSALVO LAW OFFICE
1060 Fulton Mall, Ste. 411
Fresno, California  93721
Telephone:  (559) 442-1552
Facsimile    (559) 442-1567
Mario@disalvolaw.com

Attorney for Daniel Adrian Velarde

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(**HONORABLE MAGISTRATE GARY S. AUSTIN**)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07-cr-00274-LJO |
| Plaintiff, ) | |
| ) | REQUEST AND STIPULATION FOR |
| v. ) | PERMISSION TO TRAVEL TO BOISE, |
| ) | IDAHO ON SEPTEMBER 3, 2008; AND |
| **DANIEL ADRIAN VELARDE,** ) | PROPOSED ORDER |
| Defendant. ) | |

TO:     HONORABLE MAGISTRATE GARY S. AUSTIN

   COMES NOW, Daniel Adrian Velarde, by and through his attorney of record, Mario DiSalvo, and hereby requests permission from this Honorable Court to travel from the Eastern District of California to Boise, Idaho on Wednesday, September 3, 2008.  This will be a turn around trip leaving and returning on the same date.

   The purpose of this trip is in order to assist the undersigned with a client interview on a criminal case before the District Court in Boise, Idaho.  Counsel has been retained on a criminal matter, *U.S. v. Serafino Rojas* (08-mj-6478).  I have been retained to represent Mr. Rojas in this matter and I require the assistance of Mr. Velarde as an interpreter/law clerk.

1  Mr. Velarde and I will be traveling via air departing Fresno, California at approximately 5:47 AM and will
2  return that same date at approximately 10:00 PM.  A travel itinerary can be submitted upon request.
3  Mr. Velarde will forward to Pre Trial Service a copy of the flight itinerary for this trip upon clearance by
   the Court.
4
5  Assistant United States Attorney, Mark McKeon has agreed to allow Mr. Velarde on this trip pending
   final approval from the Court.
6
7  Pre Trial Service Officer Jacob Scott has differed to the Court for final approval.
   Mr. Velarde will provide verification of this trip upon return and shall comply with any and all special
8  conditions that Pre Trial Service or this Honorable Court shall impose.
9
10
11                                                  Respectfully submitted,
12
13 Dated:  August 29, 2008            **/S/ Mario DiSalvo**
                                      MARIO DISALVO, Esq.
14                                    Attorney for DANIEL ADRIAN VELARDE
15
16
17                                                  I AGREE WITH THE STIPULATION,
18
19 Dated:  August 29, 2008            **/S/ Mark McKeon**
                                      MARK MCKEON, Esq.
20                                    Assistant United States Attorney, Eastern District
21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(**HONORABLE MAGISTRATE GARY S. AUSTIN**)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>**DANIEL ADRIAN VELARDE,**<br><br>    Defendant. | Case No. 07-cr-00274-LJO<br><br>O R D E R<br><br>AUTHORIZING DANIEL A. VELARDE TO TRAVEL TO BOISE, IDAHO ON SEPTEMBER 3, 2008 AND RETURN ON THE SAME DATE |

IT IS HERREBY ORDERED: That Defendant, Daniel A. Velarde, may be allowed to travel outside the Eastern District of California to Boise, Idaho on September 3, 2008 and return that same date in order to assist Attorney Mario DiSalvo with a criminal matter currently before the District Court of Idaho.

Date: September 1, 2008                                                         UNITED STATES DISTRICT COURT
                                                                               EASTERN DISTRICT OF CALIFORNIA

                                                                                /s/ Gary S. Austin
                                                                                Honorable Gary S. Austin

PDF created with pdfFactory trial version www.pdffactory.com