**MARIO DiSALVO, ESQ.**
California State Bar No. 199113
DiSALVO LAW OFFICE
1060 Fulton Mall, Ste. 411
Fresno, California 93721
Telephone: (559) 442-1552
Facsimile   (559) 442-1567
Mario@disalvolaw.com

Attorney for Daniel Adrian Velarde

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(**HONORABLE LAWRENC J. O'NEILL**)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07-cr-00274-LJO |
| Plaintiff, ) | Date: October 10, 2008 |
| ) | Time:      9:00 AM |
| v. ) | |
| ) | STIPULATION TO CONTINUE MOTIONS |
| **DANIEL ADRIAN VELARDE,** ) | HEARING; AND ORDER THEREON |
| Defendant. ) | |

**IT IS HEREBY STIPULATED,** by and between the parties hereto, and through their respective attorneys of record herein, that the motions hearing in the above-captioned matter now scheduled for September 5, 2008, **may be continued to October 10, at 9:00 AM.**

The grounds for the continuance are that Attorney Tom Dillon who is Mr. Velarde's immigration attorney is in trial in Fresno County Superior Court, Department 53 under case titled *People of the State of California v. Richard Reynolds, et. al.* (case number F08903327). It is anticipated that this trial may last 3 months. It is a multi-defendant case.

The undersigned has also been recently retained on a criminal matter in Sacramento Superior Court under case name *People of the State of California v. James Jefferson, Jr.* (case number 08F02389), trial has been set for September 2, 2008, however since counsel has just been retained, the matter has been reset for September 12, 2008 at 9:00 AM in Department 60 for trial setting.

The court has indicated that it expects the defense to be ready to go to trial within 60 days. In lieu of that counsel has been diligently preparing that case for trial. The discovery is voluminous and the potential witness list is extensive. For that reason counsel has dedicated any spare time to preparing that matter to go to trial within the time allotted by the court.

Based on the foregoing, the defense has not had enough time to resume plea negotiations with the prosecution in this matter. Counsel for the defense strongly believes that this matter can resolve with the appropriate negotiation.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A).

Respectfully submitted,

Dated:  August 29, 2008             **/S/ Mario DiSalvo**
                                    MARIO DISALVO, Esq.
                                    Attorney for DANIEL ADRIAN VELARDE


                                    MCGREGOR W. SCOTT
                                    United States Attorney

Dated: August 29, 20008             **/S/ Mark J. McKeon**
                                    Mark J. McKeon, Esq.
                                    Assistant US Attorney

**ORDER**

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A).

DATED:      September 2, 2008            /s/ Lawrence J. O'Neill
                                         Hon. Lawrence J. O'Neill
                                         District Court Judge