FILED

FEB 1 7 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(HONORABLE LAWRENC J. O'NEILL)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>**DANIEL ADRIAN VELARDE,**<br><br>　　　　Defendant. | Case No. 07-cr-00274-LJO<br><br>Date: February 20, 2009<br>Time:　　8:30 AM<br><br>STIPULATION TO CONTINUE HEARING; AND [~~PROPOSED~~] ORDER THEREON |

**ORDER**

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A). This matter is reset for change of plea hearing/trial setting on ~~Wednesday~~, March ~~18~~ *Fri 20*, 2009 at the hour of 8:15 AM. *No further continuances. The change of plea will take place OR the trial will be set on march 20, 2009*

DATED: 2-17-09

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　District Court Judge