UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(**HONORABLE LAWRENC J. O'NEILL**)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07-CR-00274-LJO |
| ) | |
| Plaintiff, ) | Date:    August 7, 2009 |
| ) | Time:    8:30 AM |
| v. ) | |
| ) | STIPULATION TO CONTINUE HEARING;  AND |
| **DANIEL ADRIAN VELARDE,** ) | ORDER THEREON |
| ) | |
| Defendant. ) | |

**ORDER**

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A). This matter is reset for sentencing on Thursday, September 17, 2009 at the hour of 9:00 AM. The Court is unavailable on Friday September 18, 2009.

DATED: June 30, 2009               /s/ Lawrence J. O'Neill
                                              Hon. Lawrence J. O'Neill
                                              District Court Judge