UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(**HONORABLE LAWRENC J. O'NEILL**)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07-CR-00274-LJO |
| | ) | |
|        Plaintiff, | ) | |
| v. | ) | |
| | ) | STIPULATION TO CONTINUE HEARING; |
| **DANIEL ADRIAN VELARDE,** | ) | AND ORDER THEREON |
| | ) | |
|        Defendant. | ) | |
| _____ | ) | |

**ORDER**

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. ßß 3161

(h)(1)(F) and 3161(h)(8)(A).

This matter is reset for sentencing on October 30, 2009 at the hour of 8:30 AM.

DATED: September 16, 2009         /s/ Lawrence J. O'Neill
                                         Honorable Lawrence J. O'Neill
                                         U.S. District Court Judge